# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:11-cr-00340-PMP-CWH |
| vs. ) | **ORDER** |
| TYRICKA MIDDLETON, ) | |
| Defendant. ) | |

This matter is before the Court on Defendant Tyricka Middleton's Ex Parte Motion to File Pleadings Under Seal (#27), filed December 28, 2011. Generally, a document or motion is filed under seal and accompanied by a motion for leave to file the documents or motion under seal. Here, it appears that defense counsel seeks to file a motion to withdraw. The appropriate procedure is to file the motion under seal with a separate motion for leave to seal. Additionally, the Court is not persuaded that merely filing a motion to withdraw constitutes good cause for filing the motion *ex parte*. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Tyricka Middleton's Ex Parte Motion to File Pleadings Under Seal (#27) is **denied without prejudice**.

DATED this 30th day of December, 2011.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**