UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TYRICKA MIDDLETON,<br><br>　　　　　Defendant. | 2:11-CR-340-PMP-CWH<br><br>**ORDER** |

Because the Court finds that a rational trier of fact could find Defendant Tyricka Middleton guilty of the offenses charged,

**IT IS ORDERED** that Defendant Tyricka Middleton's Rule 29(c) Motion for Judgment of Acquittal (Doc. #126) is DENIED.

DATED: April 11, 2013.

_____
PHILIP M. PRO
United States District Judge