# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CR-340-PMP-CWH |
| Plaintiff, ) | |
| vs. ) | |
| ) | **ORDER** |
| TYRICKA MIDDLETON, ) | |
| Defendant. ) | |

Having read and considered Defendant Middleton's Request for Court Order Allowing Defendant's Forensic Expert, Leon Mare, to Take Possession and Custody of Two Cell Phones in Evidence (Doc. #134) and the Government's Response thereto (Doc. #136) and good cause appearing,

**IT IS ORDERED** that Defendant Middleton's Motion/Request (Doc. #134) is **GRANTED** to the extent that Defendant's Forensic Expert, Leon Mare, shall be permitted to conduct a forensic examination of the two cell phones at issue in the presence of a Government forensic expert who shall produce the cell phones in question for Mare's examination at a laboratory jointly agreed to by counsel for Defendant and the Government, and shall thereafter return the same to Government custody for preservation until the re-trial in this case.

**IT IS FURTHER ORDERED** that the cell phone examination provided for herein shall be accomplished withing **thirty (30) days** of the date of this order.

DATED: May 6, 2013.

_____
PHILIP M. PRO
United States District Judge